IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:13CB4 |
| ) | Violation Notice No. 2147042 NE14 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ) | |
| AUGUSTINE L. MARTINEZ, ) | |
| Defendant. ) | |

IT IS ORDERED:

The court grants the government's request to continue this matter and extend the time in which defendant must pay his fine. This matter is scheduled for hearing on August 27, 2013 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall either pay the fine in full before this date or shall appear at hearing time, or a warrant shall issue for his arrest.

Dated this 25th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge